B1 (Official Form 1)(04/13)

| United States Bankruptcy Court<br>District of Delaware | Voluntary Petition |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**ATI Enterprises, Inc.** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names):<br><br>**DBA ATI Career Training Center** | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN)/Complete EIN<br>(if more than one, state all)<br>**75-2060087** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all) |
| Street Address of Debtor (No. and Street, City, and State):<br>**c/o CDG Group, LLC**<br>**645 Fifth Avenue**<br>**New York, NY**      ZIP Code **10022** | Street Address of Joint Debtor (No. and Street, City, and State):<br><br>ZIP Code |
| County of Residence or of the Principal Place of Business:<br>**New York** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br><br>ZIP Code | Mailing Address of Joint Debtor (if different from street address):<br><br>ZIP Code |
| Location of Principal Assets of Business Debtor<br>(if different from street address above): | |

| Type of Debtor<br>(Form of Organization) (Check one box) | Nature of Business<br>(Check one box) | Chapter of Bankruptcy Code Under Which<br>the Petition is Filed (Check one box) |
|---|---|---|
| ☐ Individual (includes Joint Debtors)<br>*See Exhibit D on page 2 of this form.*<br>■ Corporation (includes LLC and LLP)<br>☐ Partnership<br>☐ Other (If debtor is not one of the above entities,<br>check this box and state type of entity below.) | ☐ Health Care Business<br>☐ Single Asset Real Estate as defined<br>in 11 U.S.C. § 101 (51B)<br>☐ Railroad<br>☐ Stockbroker<br>☐ Commodity Broker<br>☐ Clearing Bank<br>■ Other | ■ Chapter 7    ☐ Chapter 15 Petition for Recognition<br>☐ Chapter 9       of a Foreign Main Proceeding<br>☐ Chapter 11<br>☐ Chapter 12   ☐ Chapter 15 Petition for Recognition<br>☐ Chapter 13      of a Foreign Nonmain Proceeding |

| Chapter 15 Debtors | Tax-Exempt Entity | Nature of Debts<br>(Check one box) |
|---|---|---|
| Country of debtor's center of main interests:<br><br>Each country in which a foreign proceeding<br>by, regarding, or against debtor is pending: | (Check box, if applicable)<br>☐ Debtor is a tax-exempt organization<br>under Title 26 of the United States<br>Code (the Internal Revenue Code). | ☐ Debts are primarily consumer debts,<br>defined in 11 U.S.C. § 101(8) as<br>"incurred by an individual primarily for<br>a personal, family, or household purpose."   ■ Debts are primarily<br>business debts. |

| Filing Fee (Check one box) | Chapter 11 Debtors |
|---|---|
| ■ Full Filing Fee attached<br><br>☐ Filing Fee to be paid in installments (applicable to individuals only). Must<br>attach signed application for the court's consideration certifying that the<br>debtor is unable to pay fee except in installments. Rule 1006(b). See Official<br>Form 3A.<br><br>☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must<br>attach signed application for the court's consideration. See Official Form 3B. | Check one box:<br>☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).<br>☐ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).<br>Check if:<br>☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates)<br>are less than $2,490,925 *(amount subject to adjustment on 4/01/16 and every three years thereafter).*<br><br>Check all applicable boxes:<br>☐ A plan is being filed with this petition.<br>☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors,<br>in accordance with 11 U.S.C. § 1126(b). |

| Statistical/Administrative Information | THIS SPACE IS FOR COURT USE ONLY |
|---|---|
| ☐ Debtor estimates that funds will be available for distribution to unsecured creditors.<br>■ Debtor estimates that, after any exempt property is excluded and administrative expenses paid,<br>there will be no funds available for distribution to unsecured creditors. | |

Estimated Number of Creditors

| ☐ 1-49 | ☐ 50-99 | ☐ 100-199 | ■ 200-999 | ☐ 1,000-5,000 | ☐ 5,001-10,000 | ☐ 10,001-25,000 | ☐ 25,001-50,000 | ☐ 50,001-100,000 | ☐ OVER 100,000 |
|---|---|---|---|---|---|---|---|---|---|

Estimated Assets

| ■ $0 to $50,000 | ☐ $50,001 to $100,000 | ☐ $100,001 to $500,000 | ☐ $500,001 to $1 million | ☐ $1,000,001 to $10 million | ☐ $10,000,001 to $50 million | ☐ $50,000,001 to $100 million | ☐ $100,000,001 to $500 million | ☐ $500,000,001 to $1 billion | ☐ More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|

Estimated Liabilities

| ☐ $0 to $50,000 | ☐ $50,001 to $100,000 | ☐ $100,001 to $500,000 | ☐ $500,001 to $1 million | ☐ $1,000,001 to $10 million | ☐ $10,000,001 to $50 million | ☐ $50,000,001 to $100 million | ■ $100,000,001 to $500 million | ☐ $500,000,001 to $1 billion | ☐ More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|

B1 (Official Form 1)(04/13)                                                                                                        Page 2

| **Voluntary Petition**<br>*(This page must be completed and filed in every case)* | Name of Debtor(s):<br>**ATI Enterprises, Inc.** |
|---|---|

### All Prior Bankruptcy Cases Filed Within Last 8 Years (If more than two, attach additional sheet)

| Location<br>Where Filed:  **- None -** | Case Number: | Date Filed: |
|---|---|---|
| Location<br>Where Filed: | Case Number: | Date Filed: |

### Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor (If more than one, attach additional sheet)

| Name of Debtor:<br>**See Attached** | Case Number: | Date Filed: |
|---|---|---|
| District: | Relationship: | Judge: |

| **Exhibit A**<br><br>(To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.)<br><br>☐ Exhibit A is attached and made a part of this petition. | **Exhibit B**<br>(To be completed if debtor is an individual whose debts are primarily consumer debts.)<br>I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. §342(b).<br><br>X_____<br>Signature of Attorney for Debtor(s)          (Date) |
|---|---|

### Exhibit C

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

■ No.

### Exhibit D

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☐ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

### Information Regarding the Debtor – Venue
#### (Check any applicable box)

☐ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

■ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

### Certification by a Debtor Who Resides as a Tenant of Residential Property
#### (Check all applicable boxes)

☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included with this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

B1 (Official Form 1)(04/13)                                                                 Page 3

| **Voluntary Petition** | Name of Debtor(s): |
| *(This page must be completed and filed in every case)* | ATI Enterprises, Inc. |

Signatures

| **Signature(s) of Debtor(s) (Individual/Joint)** | **Signature of a Foreign Representative** |
|---|---|

**Signature(s) of Debtor(s) (Individual/Joint)**

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.
[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Debtor

X _____
Signature of Joint Debtor

_____
Telephone Number (If not represented by attorney)

_____
Date

**Signature of Attorney***

X _____
Signature of Attorney for Debtor(s)

**William E. Chipman, Jr. (No. 3818)**
Printed Name of Attorney for Debtor(s)

**Cousins Chipman & Brown, LLP**
Firm Name

**1007 N Orange Street**
**Suite 1100**
**Wilmington, DE 19801**

_____
Address

**302-295-0191**
Telephone Number

1-21-14
_____
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

**Signature of Debtor (Corporation/Partnership)**

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Authorized Individual

**Michael F. Gries**
Printed Name of Authorized Individual

**Interim Chief Executive Officer**
Title of Authorized Individual

1-21-2014
_____
Date

**Signature of a Foreign Representative**

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11, United States Code. Certified copies of the documents required by 11 U.S.C. §1515 are attached.

☐ Pursuant to 11 U.S.C. §1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X _____
Signature of Foreign Representative

_____
Printed Name of Foreign Representative

_____
Date

**Signature of Non-Attorney Bankruptcy Petition Preparer**

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankrutpcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)

_____
Address

X _____

_____
Date

Signature of bankruptcy petition preparer or officer, principal, responsible person,or partner whose Social Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. §110; 18 U.S.C. §156.*

## ATI ENTERPRISES, INC. – SCHEDULE I – AFFILIATED DEBTORS

The following list identifies all of the affiliated entities, including the Debtor filing this petition (collectively, the "**Debtors**"), that have filed voluntary petitions for relief in this Court under title 11 of the United States Code, 11 U.S.C. §§ 101-1330, as amended (the "**Bankruptcy Code**"), substantially contemporaneously with the filing of this petition.

1. Ability Intermediate Holdings, Inc.

2. ATI Acquisition Company

3. ATI Enterprises, Inc.

4. ATI Enterprises of Florida, Inc.

5. E&K Vocational Nursing Program, Inc.

# WRITTEN CONSENT OF THE DIRECTORS OF
# ATI ENTERPRISES, INC.

The undersigned, being all of the members of the Board of Directors (the "Board") of ATI Enterprises, Inc., a Texas corporation (the "Company"), waive the notice, calling and holding of a meeting of the Board, and in lieu of such a meeting, in accordance with Section 6.201 of the Texas Business Organizations Code, do hereby consent to, adopt, authorize and approve the following resolutions and the actions specified therein, and direct that this Written Consent be filed with the minutes of the proceedings of the Board:

**WHEREAS**, the Board has considered the financial and operational conditions of the Company's business;

**WHEREAS**, the Board has reviewed, considered, and received the recommendation of senior management of the Company and the advice of the Company's professionals and advisors with respect to the options available to the Company, including the possibility of pursuing a bankruptcy proceeding under Chapter 7 of title 11 of the United States Code (as amended, the "Bankruptcy Code");

**NOW, THEREFORE, BE IT RESOLVED**, that after consideration of the alternatives presented to it and the recommendations of senior management of the Company and the advice of the Company's professionals and advisors, the Board has determined in its business judgment that it is in the best interest of the Company, its creditors, shareholders and other interested parties, and stakeholders that a voluntary petition be filed by the Company under Chapter 7 of the Bankruptcy Code in the United States Bankruptcy Court for the District of Delaware (the "Bankruptcy Petition"); and it is

**FURTHER RESOLVED**, that the members of the Board, and any other officer or person designated and so authorized to act (collectively, the "Authorized Persons") are, and each hereby is, authorized, empowered and directed to (a) execute, verify and file on behalf of the Company all documents necessary or appropriate in connection with the filing of said Bankruptcy Petition, including, without limitation, all petitions, affidavits, declarations, schedules, statements of financial affairs, lists, motions, applications, pleadings, and other papers or documents in connection with the Bankruptcy Petition; (b) take and perform any and all actions deemed necessary and proper to obtain such relief as authorized herein and in connection with the Company's Chapter 7 case; (c) appear as necessary at all bankruptcy proceedings on behalf of the Company; and (d) pay all such expenses where necessary or appropriate in order to carry out fully the intent and accomplish the purposes of the resolutions adopted herein; and it is

**FURTHER RESOLVED**, that the Authorized Persons are, and each of them hereby is, authorized and directed to employ the law firm of Cousins Chipman & Brown, LLP as counsel to assist the Company in filing for relief under Chapter 7 of the Bankruptcy Code and in carrying out the Company's duties under Chapter 7 of the Bankruptcy Code, and the officers of the Company are hereby authorized and directed to execute retention agreements, pay retainers prior to, and immediately upon the filing of the bankruptcy case; and it is

**FURTHER RESOLVED**, that all instruments, agreements, certificates, consents, waivers or other documents heretofore executed and delivered (or caused to be executed and delivered) and all acts lawfully done or actions lawfully taken by any officer in connection with the Chapter 7 case, or any further action to seek relief on behalf of the Company under Chapter 7 of the Bankruptcy Code, or in connection with the chapter 7 case, or any matter related thereto, be, and hereby are, adopted, ratified, confirmed and approved in all respects as the acts and deeds of the Company; and it is

**FURTHER RESOLVED**, that the acts, actions and transactions heretofore taken by the officers of the Company or the Directors of the Company in the name of and on behalf of the Company in furtherance of the purpose and intent of any or all of the foregoing resolutions, which acts, actions and transactions would have been approved by the foregoing resolutions except that such acts were taken before those resolutions were adopted, be, and hereby are, ratified, confirmed, and approved in all respects.

**IN WITNESS WHEREOF**, the undersigned, being all of the members of the Board, executed and delivered to the Company this Written Consent.

_____
Michael F. Gries

**Dated: January 21, 2014**

2

## IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 7 |
| ATI ENTERPRISES, INC., | Case No. 14- _____ ( ___ ) |
| Debtor. | |

## STATEMENT OF CORPORATE OWNERSHIP PURSUANT TO
## RULE 1007(a)(1) OF THE FEDERAL RULES OF BANKRUPTCY PROCEDURE

Pursuant to Rule 1007(a)(1) of the Federal Rules of Bankruptcy Procedure, ATI Enterprises, Inc. (the "**Debtor**"), as debtor in this Chapter 7 case, hereby represents that the following entity directly owns 10% or more of the Debtor's equity interests:

- ATI Acquisition Company – 100%

Dated: January 21, 2014            ATI ENTERPRISES, INC.

By: _____
    Michael F. Gries
    Interim Chief Executive Officer

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 7 |
| ABILITY INTERMEDIATE HOLDINGS, INC. | Case No. 14-_____ (    ) |
| Debtor. | |
| In re: | Chapter 7 |
| ATI ACQUISITION COMPANY, | Case No. 14-_____ (    ) |
| Debtor. | |
| In re: | Chapter 7 |
| ATI ENTERPSIES, INC., | Case No. 14-_____ (    ) |
| Debtor. | |
| In re: | Chapter 7 |
| ATI ENTERPRISES OF FLORIDA, INC., | Case No. 14-_____ (    ) |
| Debtor. | |
| In re: | Chapter 7 |
| E&K VOCATIONAL NURSING PROGRAM, INC., | Case No. 14-_____ (    ) |
| Debtor. | |

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTORS

    1.      Pursuant to 11 U.S.C. § 329(a) and Fed. R. Bankr. P. 2016(b), I certify that Cousins Chipman & Brown, LLP ("**CCB**" or the "**Firm**") are attorneys for the above-named debtors (the "**Debtors**") and that compensation paid to the Firm within one year before the filing of the petitions of bankruptcy, or agreed to be paid to the Firm, for services rendered or to be rendered on behalf of the Debtors in contemplation of or in connection with these bankruptcy cases is as follows:

        For legal services, CCB agreed to accept      $120,000.00[1]

---

[1] Prior to the Petition Date and pursuant to a written engagement agreement, on October 22, 2013, the Firm received a $120,000.00 retainer (the "**Retainer**") from ATI Acquisition Company. The Retainer was to secure the payment of fees for legal services rendered and expenses incurred by the Firm on behalf of the Debtors prior to the Petition Date. Prior to the Petition Date, the Firm applied the Retainer to its prepetition fees and expenses in full.

Prior to the filing of this statement, CCB received..........................................$120,000.00[1]

Balance Due ...........................................................................................................$0.00[1]

2.      The source of the compensation paid to the Firm was:

■ Debtor      ☐  Other (Specify)

3.      The source of compensation to be paid to the Firm was:

■ Debtor      ☐  Other (Specify)

4.      ■  The Firm has not agreed to share the above-disclosed compensation with any other person unless they are members and associates of the Firm.

☐ The Firm has agreed to share the above-disclosed compensation with another person or persons who are not members or associates of my law firm.  A copy of the agreement, together with a list of the names of the people sharing in the compensation, is attached.

5.      In return for the above-disclosed fee, the Firm agreed to render legal service for all aspects of the bankruptcy case until the conclusion of the meeting of creditors pursuant to section 341(a) of the Bankruptcy Code, including:

>       a.      advise in connection with the preparation of the petition, schedules of assets and liabilities, statement of financial affairs, schedule of income and expenditures, lists of creditors and equity security holders, statement of executory contracts and unexpired leases, and master mailing list;

>       b.      representation of the Debtors at the meeting of creditors pursuant to section 341(a) of the Bankruptcy Code; and

>       c.      representation of the Debtors as may otherwise be required to advise the Debtors regarding their rights and responsibilities as debtors under chapter 7 of the Bankruptcy Code and the Bankruptcy Rules.

6.      By agreement with the Debtors, the above-disclosed fee does not include the following services:

>       The Firm has been retained solely to serve as bankruptcy counsel to the Debtors until the conclusion of the meeting of creditors pursuant to section 341(a) of the Bankruptcy Code.  The Firm's legal services do not include appearances before any court or agency, other than the Bankruptcy Court, with respect to matters, which are, in essence, disputes involving issues of non-bankruptcy law, or the provision of substantive legal advice outside of the

2

insolvency area, unless the Firm agrees to represent the Debtors in such matters. In this regard, the Firm will not provide advice or representation regarding matters of taxation, labor, securities, ERISA, probate/estate planning, criminal or other non-bankruptcy or non-debtor/creditor specialties of the law.

## CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to the Firm for representation of the Debtors in these bankruptcy proceedings.

Dated: January 21, 2014
       Wilmington, Delaware

**COUSINS CHIPMAN & BROWN, LLP**

_____
William E. Chipman, Jr. (No. 3818)
Mark D. Olivere (No. 4291)
1007 North Orange Street, Suite 1110
Wilmington, Delaware 19801
Telephone:    (302) 468-4595
Facsimile:    (302) 295-0199
Email:    chipman@ccbllp.com
       olivere@ccbllp.com

_Counsel to the Debtors_

## United States Bankruptcy Court
### District of Delaware

In re    ATI Enterprises, Inc.                                        Case No. _____

                                            Debtor(s)         Chapter     7 _____

## VERIFICATION OF CREDITOR MATRIX

I, the Interim Chief Financial Officer of the corporation named as the debtor in this case, hereby verify that the attached list of

creditors is true and correct to the best of my knowledge.

Date:    1-21-2014 _____             *M F Gries* _____

                                                 **Michael F. Gries/Interim Chief Financial Officer**

                                                   Signer/Title

ATI ENTERPRISES, INC.
C/O CDG GROUP, LLC
645 FIFTH AVENUE
NEW YORK, NY 10022

2998 STEMMONS FREEWAY LP
13455 NOEL ROAD
SUITE 1405
DALLAS, TX 75240

2998 STEMMONS FREEWAY LP
16633 DALLAS PARKWAY
SUITE 600
ADDISON, TX 75001

6627 MAPLE AVENUE PARTNERS
WELLS FARGO TRUST PROPERTY
MAN
P.O. BOX 327
FORT WORTH, TX 76101

A-1 COMMERCIAL CLEANING LLC
3415 HUNTERS STAND
SAN ANTONIO, TX 78230

A-1 FIRE & SAFETY EQUIPMENT-
WACO
6701 IMPERIAL DRIVE
WOODWAY, TX 76712

A-1 LOCKSMITHS
2685 WALNUT HILL LANE
DALLAS, TX 75229-5615

ABILITY HOLDINGS, INC.
C/O BC PARTNERS
667 MADISON AVENUE
NEW YORK, NY 10065

ABILITY HOLDINGS, INC.
C/O CDG GROUP LLC
645 FIFTH AVENUE
NEW YORK, NY 10022

ACCSC
2101 WILSON BOULEVARD
SUITE 302
ARLINGTON, VA 22201

ACE FIRE & SOUND
P.O. BOX 493
MISSION, TX 78573

ACTION SHRED OF TEXAS LLC
2835 CONGRESSMAN LANE
DALLAS, TX 75220

AED PROFESSIONALS
P.O. BOX 700
PALATINE, IL 60078

AIDA RAMON
P.O. BOX 690662
HOUSTON, TX 77269

AIRGAS USA
P.O. BOX 676015
DALLAS, TX 75267-6015

ALICIA'S FLOWER SHOP
102 OTTAWA COURT
BROWNSVILLE, TX 78526

ALLIED WASTE SERVICES
P.O. BOX 78829
PHOENIX, AZ 85062-8829

ALMA LASERS, INC.
485 HALF DAY ROAD
SUITE 100
BUFFALO GROVE, IL 60089

ALPHA CARD SYSTEMS, LLC
P.O. BOX 231179
PORTLAND, OR 97281

AMBIUS INC.
P.O. BOX 95409
PALATINE, IL 60095-0409

AMERICAN BANK CENTER
P.O. BOX 23040
CORPUS CHRISTI, TX 78403-3040

AMERICAN MEDICAL TECHNOLOG
10700 WEST HIGGINS ROAD
SUITE 150
DES PLAINES, IL 60018

AMERICAN RED CROSS-CORPUS
25688 NETWORK PLACE
CHICAGO, IL 60673-1256

ARAMARK
AUS CENTRAL LOCKBOX
P.O. BOX 731676
DALLAS, TX 75373-1676

ARAMARK
2120 HUTTON DRIVE
SUITE 100
CARROLLTON, TX 75006

ARNULFO FLORES III
P.O. BOX 337
RIO HONDO, TX 78583

AT&T
P.O. BOX 105414
ATLANTA, GA 30348-5414

AT&T
P.O. BOX 5001
CAROL STREAM, IL 60197-5001

ATI ACQUISITION COMPANY
C/O CDG GROUP, LLC
645 FIFTH AVENUE
NEW YORK, NY 10022

ATI ENTERPRISES OF
FLORIDA, INC.
C/O CDG GROUP, LLC
645 FIFTH AVENUE
NEW YORK, NY 10022

ATMOS ENERGY
P.O. BOX 790311
SAINT LOUIS, MO 63179-0311

AUTO ZONE STORES, INC.
ATTN: BOX 116067
100 SOUTHCREST DRIVE
STOCKBRIDGE, GA 30281

BANC OF AMERICA LEASING
P.O. BOX 405874
ATLANTA, GA 30384-5874

BERNALILLO COUNTY TREASURER
ATTN: PATRICK J. PADILLA
P.O. BOX 269
ALBUQUERQUE, NM 87103-0269

BIRCH TELECOM, INC.
DEPARTMENT 2544
P.O. BOX 122544
DALLAS, TX 75312-2544

BITA'S FLOWER SHOP
209-B SOUTH 23RD STREET
MCALLEN, TX 78501

BLUEBONNET WASTE CONTROL INC.
P.O. BOX 223845
DALLAS, TX 75222-3845

BOOKS OF DISCOVERY
2539 SPRUCE STREET
BOULDER, CO 80302

BOYWIC FARMS, LTD.
319 S.E. 14TH STREET
FORT LAUDERDALE, FL 33316

BRANDY WOOD
7020 BLALOCK DRIVE
THE COLONY, TX 75056

BRAULIA ORTIZ
1606 BLACK HAWK LANE
GARLAND, TX 75043

BROWARD COUNTY CHAMBER
OF COMMERCE
1640 WEST OAKLAND PARK BLVD.
SUITE 403
FORT LAUDERDALE, FL 33311

BROWARD COUNTY TAX COLLECTOR
115 SOUTH ANDREWS AVENUE
RM A-100
FORT LAUDERDALE, FL 33301

BUFFALO BUSINESS PRODUCTS
1236 SOUTHRIDGE COURT
SUITE 201
HURST, TX 76053

CAMPUS REAL ESTATE SOLUTIONS
16633 DALLAS PARKWAY
SUITE 600
ADDISON, TX 75001

CANTEEN VENDING
P.O. BOX 91337
CHICAGO, IL 60693-1337

CARDIAC SCIENCE CORPORATION
P.O. BOX 83261
CHICAGO, IL 60691-0261

CARLOS QUIJANO
P.O. BOX 690662
HOUSTON, TX 77269

CC DISTRIBUTORS INC.
P.O. BOX 9153
CORPUS CHRISTI, TX 78469

CENTERPOINT ENERGY
P.O. BOX 4981
HOUSTON, TX 77210-4981

CERTIFIED TERMITE & PEST CO
5437 WILLIAMS DRIVE
CORPUS CHRISTI, TX 78411

CINTAS CORP - 064 (OKLAHOMA
P.O. BOX 88005
CHICAGO, IL 60680-1005

CIRRO ENERGY
P.O. BOX 660004
DALLAS, TX 75266-0004

CITY OF DALLAS - UTILITIES
CITY HALL
2D SOUTH
DALLAS, TX 75277

CITY OF DALLAS
SPECIAL COLLECTIONS
CITY HALL
1AN
DALLAS, TX 75277

CITY OF GARLAND
ATTN: CAROL CLARK, RTA
P.O. BOX 462010
GARLAND, TX 75046-2010

CITY OF GARLAND - UTILITY
P.O. BOX 451508
GARLAND, TX 75046-1508

CITY OF GLENDALE
PRIVILEGE TAX SECTION
5850 WEST GLENDALE
GLENDALE, AZ 85301

CITY OF JACINTO CITY
1301 MERCURY DRIVE
JACINTO CITY, TX 77029-2538

CITY OF LEWISVILLE - UTILITY
P.O. BOX 951917
DALLAS, TX 75395-0001

CITY OF OKLAHOMA CITY WATER
P.O. BOX 26570
OKLAHOMA CITY, OK 73126-0570

CITY OF WACO WATER
P.O. BOX 2649
WACO, TX 76702-2649

CLAUDIA HERNANDEZ
2105 MEADFOOT ROAD
CARROLLTON, TX 75007

COMFORT CLIMATE & APPLIANCES
6071 RUSTY NAIL DRIVE
BROWNSVILLE, TX 78526

COPY PLUS
4500 NORTH 10TH STREET
SUITE 240
MCALLEN, TX 78504

CORPUS CHRISTI REGIONAL
TRANS. AUTHORITY
5658 BEAR LANE
CORPUS CHRISTI, TX 78405

COUNTY TAX ASSESSOR-COLLECTOR
A.F. "BUDDY" SKEEN
P.O. BOX 406
WACO, TX 76703

CPS ENERGY
P.O. BOX 2678
SAN ANTONIO, TX 78289-0001

CRISTINA LOPEZ
8800 RANDOM ROAD
FORT WORTH, TX 76179

CUMBY PEST CONTROL
240 WEST JOHNSON STREET
HEWITT, TX 76643

D & T CUSTOM CLEANING
P.O. BOX 963
BETHANY, OK 73008

DALLAS BUSINESS JOURNAL
SUBSCRIPTION
P.O. BOX 32547
CHARLOTTE, NC 28232-2547

DALLAS COUNTY TAX ASSEESSOR
ATTN: JOHN AMES, CTA
P.O. BOX 139066
DALLAS, TX 75313-9066

DATA SHREDDING SERVICES OF
TEXAS, INC.
615 WEST 38TH STREET
HOUSTON, TX 77018

DFW MOVERS & ERECTORS, INC.
3201 NORTH SYLVANIA AVENUE
NO. 115
FORT WORTH, TX 76111

DOMINO'S PIZZA
2602 A WALDRON ROAD
CORPUS CHRISTI, TX 78418

DON SUMNERS TAX ASSESSOR
P.O. BOX 4622
HOUSTON, TX 77210-4622

DSB, L.L.C.
211 NORTH ROBINSON
SUITE N1950
OKLAHOMA CITY, OK 73102

DSB-II, LLC
P.O. BOX 203868
DALLAS, TX 75320-3868

DUMONT EQUIPMENT SERVICES
2531 OLD BROOK LANE
SAN ANTONIO, TX 78230

DYEZZ SURVEILLANCE & SECURIN
2113 WELLS BRANCH PARKWAY
NO. 6700
AUSTIN, TX 78728

E&K VOCATIONAL NURSING
PROGRAM, INC.
C/O CDG GROUP, LLC
645 FIFTH AVENUE
NEW YORK, NY 10022

ECMC SOLUTIONS CORPORATION
P.O. BOX 65826
SAINT PAUL, MN 55165-0826

ELITE PEST CONTROL
514 MAYORCA AVENUE
BROWNSVILLE, TX 78526

ELLIOTT ELECTRIC SUPPLY
P.O. BOX 630610
NACOGDOCHES, TX 75963-0610

EMC/PARADIGM PUBLISHING
P.O. BOX 86
SDS-12-2761
MINNEAPOLIS, MN 55486-2761

EMERGENCY MANAGEMENT
RESOURCES
P.O. BOX 740275
DALLAS, TX 75374

ER SPRINKLERS & LAWN, LLC
P.O. BOX 6641
MCALLEN, TX 78502

ERICA GREER
6903 PICKRELL DRIVE
DALLAS, TX 75227

EXTRACO EVENTS CENTER
4601 BOSQUE BOULEVARD
WACO, TX 76710

FACILITY CARE INCORPORATED
1320 NE 20TH PLACE
MOORE, OK 73160

FEDEX - FEDERAL EXPRESS
P.O. BOX 660481
DALLAS, TX 75266-0481

FENTON RICHLAND, LLC
575 TAYLOR DRIVE
FORT WORTH, TX 76102

FENTON, LLC
P.O. BOX 203181
DALLAS, TX 75320-3181

FIRE WATER PROTECTION LLC
7410 BOULEVARD 26
SUITE M
NORTH RICHLAND HILLS, TX 76180

FLORIDA DEPARTMENT OF REVENUE
5050 WEST TENNESSEE STREET
TALLAHASSE, FL 32390-0100

FLOWER MOUND PEST CONTROL
P.O. BOX 1834
LAKE DALLAS, TX 75065-1834

FORCE ONE SECURITY SOLUTIONS,
LLC
2175 MANANA DRIVE
DALLAS, TX 75220

FRIENDSHIP WEST BAPTIST CHURCH
2020 WEST WHEATLAND ROAD
DALLAS, TX 75232

FSCP DALLAS PORTFOLIO I, LP
LOCKBOX 203873
HOUSTON, TX 77216-3873

FSCP DALLAS PORTFOLIO I, LP
1717 MCKINNEY AVENUE
SUITE 900
DALLAS, TX 75202

G & K SERVICES
P.O. BOX 2131
COPPELL, TX 75019-8131

G. NEIL CORPORATION
P.O. BOX 451179
FORT LAUDERDALE, FL 33345-1179

GARLAND INDEPENDENT SCHOOL
DISTRICT
ATTN: ERNEST RICHARDSON, RTA
P.O. BOX 461407
GARLAND, TX 75046-1407

GENUINE PARTS CO. (NAPA)
P.O. BOX 848033
DALLAS, TX 75284-8033

GL DALLAS HOLDINGS LP
C/O TRINITY INTERESTS, INC.
5924 ROYAL LANE
SUITE 250
DALLAS, TX 75230

GL DALLAS HOLDINGS LP
17400 NORTH DALLAS PARKWAY
SUITE 216
DALLAS, TX 75287

GOLDMAN SACHS CREDIT
PARTNERS L.P.
1 NEW YORK PLAZA
NEW YORK, NY 10004

GRACKLES GALORE, INC.
C/O PEARSON INITIATIVE
MANAGEMENT
1130 EAST ARAPAHO ROAD
SUITE 190
RICHARDSON, TX 75081

GRAINGER
DEPARTMENT 802341131
P.O. BOX 419267
KANSAS CITY, MO 64141-6267

GREEN GUARD FIRST AID & SAFETY
4159 SHORELINE DRIVE
ST. LOUIS, MO 63045

GROUP ONE SERVICES
250 DECKER DRIVE
IRVING, TX 75062

GUARDIAN SECURITY SYSTEMS INC.
P.O. BOX 21031
TULSA, OK 74121-1031

GULF COAST PAPER CO. INC.
P.O. BOX 4227
VICTORIA, TX 77903-4227

HAWK SECURITY SYSTEMS
8339 SOLUTIONS CENTER
CHICAGO, IL 60677-8003

HEALTH EDUCATOR PUBLICATIOIN
63 GOULD ROAD
ORONO, ME 04473

HEART SMART
436 S.W. 100
OKLAHOMA CITY, OK 73139

HENRY SCHEIN
DEPARTMENT CH 10241
PALATINE, IL 60055-0241

HERFF JONES, INC.
P.O. BOX 099292
CHICAGO, IL 60693-9292

HITECH INTERGRATED SOLUTIONS
3845 CYPRESS CREEK PARKWAY
NO. 450
HOUSTON, TX 77068

HOLIDAY INN - CHANNELVIEW
16311 EAST FREEWAY
CHANNELVIEW, TX 77530

HOLIDAY INN EXPRESS &
SUITES HOUSTON
11460 EAST FREEWAY I-10
HOUSTON, TX 77029-1935

HORIZON RECOVERY SERVICES LP
P.O. BOX 150759
AUSTIN, TX 78715-0759

HSPS - HENRY SCHEIN
PRACTICE SOLUTIONS/DENTRIX
DEPARTMENT CH 14200
PALATINE, IL 60055-4200

HUNTER SERVICE & PARTS INC.
ATTN: MARK KINARD
P.O. BOX 972629
MIAMI, FL 33197

HURST CONFERENCE CENTER
1601 CAMPUS DRIVE
HURST, TX 76054

INLAND AMERICAN RETAIL
MANAGEMENT, LLC
13977 COLLECTIONS CENTER
CHICAGO, IL 60693

INLAND AMERICAN RETAIL
MANAGEMENT, LLC
12340 JONES ROAD
SUITE 290
HOUSTON, TX 77070

INSCO DISTRIBUTING, INC.
12501 NETWORK BOULEVARD
SAN ANTONIO, TX 78249

IRON MOUNTAIN
P.O. BOX 915004
DALLAS, TX 75391-5004

J-PEPES
2720 NORTH STEMMONS FREEWAY
SUITE 100
DALLAS, TX 75207

JASON'S DELI
P.O. BOX 4869
DEPARTMENT 271
HOUSTON, TX 77210-4869

JEAN'S PLUMBING CO.
P.O. BOX 667
JONES, OK 73049

JOHNS & BARTLETT LEARNING, LLC
P.O. BOX 417289
BOSTON, MA 02241-7289

JOHNSTONE SUPPLY
2505 WILLOWBROOK ROAD
SUITE 203
DALLAS, TX 75220

JOSTENS, THE CLASS RING CO
5717 NORTH 10TH STREET #D
MCALLEN, TX 78504

JULIE HAM
3102 CADDO LANE
SUNNYVALE, TX 75182

KAYLA CHAPMAN
3737 TORONTO STREET
DALLAS, TX 75212

KAYLA ODOM
P.O. BOX 744
DALLAS, TX 75374

KILGORE INTERNATIONAL INC.
36 WEST PEARL STREET
COLDWATER, MI 49036

KIMBALL MIDWEST
DEPARTMENT L-2780
COLUMBUS, OH 43260-2780

KIWI SERVICES, INC.
3230 COMMANDER DRIVE
CARROLLTON, TX 75006

KNIGHT ELECTRONICS INC.
P.O. BOX 550969
DALLAS, TX 75355-0969

KONICA MINOLTA
DEPARTMENT 2366
P.O. BOX 122366
DALLAS, TX 75312-2366

KONICA MINOLTA
21146 NETWORK PLACE
CHICAGO, IL 60673-1211

KURT'S PEST CONTROL INC.
P.O. BOX 23315
OKLAHOMA CITY, OK 73123

KW VENDING MANAGEMENT
SERVICES, LLC
2701 COLD SPRINGS
FORT WORTH, TX 76106

LEAH PARO
313 RAVENNA ROAD
LAKE DALLAS, TX 75065

LOCKE SUPPLY
P.O. BOX 24980
OKLAHOMA CITY, OK 73124-0980

LOGIX COMMUNICATIONS
P.O. BOX 3608
HOUSTON, TX 77253-3608

LOTTIE QUICK
930 WEST FRONTIER PARKWAY
PROSPER, TX 75078

LUMBER 2, INC.
7200 SOUTH SOONER ROAD
OKLAHOMA CITY, OK 73135

MAC SYSTEMS, INC.
1010 EAST 2ND STREET
P.O. BOX 27665
TULSA, OK 74149

MANNY - NASER INC.
SHILOH PLAZA
3035 SOUTH SHILOH ROAD
SUITE 135

GARLAND, TX 75041

MATHESON TRI-GAS INC.
P.O. BOX 845502
DALLAS, TX 75284-5502

MCGRAW-HILL GLOBAL
EDUCATION
P.O. BOX 894190
LOS ANGELES, CA 90189-4190

MCKESSON MEDICAL SURGICAL
P.O. BOX 933027
ATLANTA, GA 31193-3027

MEDICAL CITY DALLAS HOSPITAL
ATTN: RICK PLUNK, MBA, RRT
7777 FOREST LANE
SUITE A-242
DALLAS, TX 75230

MELODY MCINTOSH
733 RED WINE DRIVE
LEWISVILLE, TX 75067

MEMORIES FOR EVER
P.O. BOX 936
COPPELL, TX 75019

METROPLEX SERVICE WELDING
SUPPLY INC.
801 EAST NORTHSIDE DRIVE
FORT WORTH, TX 76102-1017

MIAMI-DADE COUNTY TAX
COLLECTOR
140 WEST FLAGLER STREET
MIAMI, FL 33130-1575

MILLER ELECTRICAL
CONSTRUCTION, INC.
8901 BAUMAN ROAD
HOUSTON, TX 77022

MITCHELL WELDING SUPPLY CO.
P.O. BOX 692
TERRELL, TX 75160

MOCKINGBIRD VENTURE PARTNERS
LLC
400 CONTINENTAL BOULEVARD
SUITE 160
EL SEGUNDO, CA 90245

MOCKINGBIRD VENTURE PARTNERS
LLC
ATTN: TAMMY SWEITZER
2232 EMPIRE CENTRAL
DALLAS, TX 75235

MONTGOMERY ENTRANCE
P.O. BOX 410064
KANSAS CITY, MO 64141-0064
NAPA AUTO PARTS WACO
3416 FRANKLINE AVENUE
WACO, TX 76710

NATIONAL WHOLESALE SUPPLY,INC.
P.O. BOX 54007
DALLAS, TX 75354

NORTH RICHLAND HILLS UTILITY
BILLING DEPARTMENT
P.O. BOX 961092
FORT WORTH, TX 76161-0092

OFFICE DEPOT, INC.
P.O. BOX 88040
CHICAGO, IL 60680-1040

OG&E CORP.
P.O. BOX 24990
OKLAHOMA CITY, OK 73124-0990

OKLAHOMA COUNTY TREASURER
P.O. BOX 268875
OKLAHOMA CITY, OK 73126-8875

OKLAHOMA NATURAL GAS CO.
P.O. BOX 219296
KANSAS CITY, MO 64121-9296

ONESOURCE WATER (REFRESH20)
1060 NORTH CAPITAL AVENUE
SUITE E230
INDIANAPOLIS, IN 46204

PADGITT'S COMMUNICATION
SPECIALISTS
5054 FRANKLIN AVENUE
WACO, TX 76710

PAEZ PRESS
2236 BEAUMONT
MCALLEN, TX 78501

PAPER DIRECT
P.O. BOX 2933
COLORADO SPRINGS, CO 80901-2933

PAPO PROPERTY HOLDINGS, LLC
8815 MOUNT ACADIA
SAN ANTONIO, TX 78225

PAQUETES ECONOMICOS, INC.
1055 EAST 14TH STREET
BROWNSVILLE, TX 78520

PATTERSON DENTAL SUPPLY, INC.
23254 NETWORK PLACE
CHICAGO, IL 60673-1232

PERSONNEL CONCEPTS
P.O. BOX 5750
CAROL STREAM, IL 60197-5750

PITNEY BOWES GLOBAL
FINANCIAL SERVICES LLC
P.O. BOX 371887
PITTSBURGH, PA 15250-7887

PITNEY BOWES INC.
P.O. BOX 856390
LOUISVILLE, KY 40285-6390

PITNEY BOWES PURCHASE POWER
P.O. BOX 371874
PITTSBURGH, PA 15250-7874

PLANO SALE & SERVICE CENTER
1816 FIELD COVE DRIVE
PLANO, TX 75023

POSITIVE PROMOTIONS INC.
15 GILPIN AVENUE
HAUPPAUGE, NY 11788

PRAXAIR DISTRIBUTION, INC.
P.O. BOX 120812
DALLAS, TX 75312-0812

PRIME PEST MANAGEMENT
2614 FREEWOOD DRIVE
DALLAS, TX 75220-2511

PROTECTION ONE ALARM
MONITORING, INC.
P.O. BOX 219044
KANSAS CITY, MO 64121-9044

RAM PRODUCTS
P.O. BOX 821159
FORT WORTH, TX 76182-1159

RBY#2 PROPERTY MANAGEMENT,
LLC
4629 MACRO DRIVE
SAN ANTONIO, TX 78218

RDT LEASING & MANAGEMENT, INC.
106 EAST RUSK, SUITE 200
ROCKWALL, TX 75087

REPUBLIC SERVICES/DUNCAN
DISPOSAL
P.O. BOX 78829
PHOENIX, AZ 85062-8829

RESIDENCE INN CORPUS CHRIS
5229 BLANCHE MOORE DRIVE
CORPUS CHRISTI, TX 78411

RICHARDSON ISD TAX OFFICE
970 SECURITY ROW
RICHARDSON, TX 75081

RIO ELEVATOR COMPANY INC.
P.O. BOX 2709
HARLINGEN, TX 78551-2709

RITE-WAY SHREDDING INC.
1131 ENTERPRISES AVENUE
SUITE 20
OKLAHOMA CITY, OK 73128

ROYAL BANK OF CANADA, AS
AGENT
4TH FLOOR, 20 KING STREET WE
TORONTO, ONTARIO MSH 1C4

ROYAL PROTECTION GROUP, INC.
11001 SOUTH WILCREST DRIVE, #1
HOUSTON, TX 77099-4399
RRV KLEIN CHURCH, LTD.
P.O. BOX 925677
HOUSTON, TX 77292

RTC GLASS & MIRROR INC.
1433 CENTURY DRIVE
SUITE 1100
CARROLLTON, TX 75006

SAFEGUARD UNIVERSAL
1728 SANTA FE
CORPUS CHRISTI, TX 78404

SAFETY KLEEN
P.O. BOX 650509
DALLAS, TX 75265-0509

SAM'S CLUB DIRECT #1409
P.O. BOX 530930
ATLANTA, GA 30353-0930

SAN ANTONIO WATER SYSTEMS
P.O. BOX 2990
SAN ANTONIO, TX 78299-2990

SCOTT PLUMBING COMPANY
4934 ANDOVER DRIVE
CORPUS CHRISTI, TX 78411

SCRIP COMPANIES
DEPARTMENT CH 17615
PALATINE, IL 60055-7615

SEASIDE SOLUTIONS INC.
800 WEST INDIANTOWN ROAD
JUPITER, FL 33458

SETH INVESTMENT PROPERTIES, LTD.
3210 SHORE VIEW DRIVE
HIGHLAND VILLAGE, TX 75077

SHEPHERD PEST MANAGEMENT LLC
P.O. BOX 830443
RICHARDSON, TX 75083-0443

SHERI ROE
2402 CALMONT
ARLINGTON, TX 76001

SHILLING STORAGE TRAILERS
549 NORTH CONNELLY DRIVE
P.O. BOX 1033
ELM MOTT, TX 76640

SHRED-IT SAN ANTONIO
P.O. BOX 301766
DALLAS, TX 75303-1766

SIGN A RAMA OF OKLAHOMA, INC.
7111 SOUTH WESTERN AVENUE
OKLAHOMA CITY, OK 73139

SIGN XPRESS
4404 SOUTH PADRE ISLAND DRIVE
CORPUS CHRISTI, TX 78411

SIZZLING CAESARS, LLC
P.O. BOX 572408
SALT LAKE CITY, UT 84157

SOS TECHNOLOGIES INC.
STEWART OXYGEN SERVICE
P.O. BOX 201
EDINBURG, TX 78540

SOUTH TEXAS BALFOUR
1302 SOUTH PADRE ISLAND DRIVE
CORPUS CHRISTI, TX 78416

SOUTH TEXAS FLAG & FLAGPOLE
39572 LOOP ROAD
BAYVIEW, TX 78566

SOUTHSIDE AUTO SUPPLY-NAPA
6130 SOUTH PADRE ISLAND DRIVE
CORPUS CHRISTI, TX 78412

SPARKLETTS & SIERRA SPRINGS
P.O. BOX 660579
DALLAS, TX 75266-0579

SPECIALTY ADVERTISERS
3664 COMMERCE DRIVE
BROWNSVILLE, TX 78521

SUSAN BERGER
4812 GOLDEN EYES LANE
MCKINNEY, TX 75070

SWLF LIMITED PARTNERSHIP
103 NORTH GOLIAD
ROCKWALL, TX 75087

TARRANT COUNTY
ATTN: RON WRIGHT, TAX ASSESSOR
100 EAST WEATHERFORD
FORT WORTH, TX 76196-0001

TAX ASSESSOR-COLLECTOR
ATTN: DON SUMNERS, TAX ASSE
P.O. BOX 4622
HOUSTON, TX 77210-4622

TEACHING, ETC.
1455 BUCKINGHAM ROAD #308
RICHARDSON, TX 75081

TEN FIFTEEN JACKSON KELLERPLP
13455 NOEL ROAD
SUITE 1405
DALLAS, TX 75240

TENNANT SALES AND SERVICE C
P.O. BOX 71414
CHICAGO, IL 60694

TERMINIX
P.O. BOX 742592
CINCINNATI, OH 45274-2592

TGC MULTISERVICES
2108 SOUTHRIDGE DRIVE
ARLINGTON, TX 76010

THARLING AIR CONDITIONING
1315 HOLLAND AVENUE
HOUSTON, TX 77029
THE GREAT INCENTIVE FIRM (TGIF)
7007 COLLEGE BOULEVARD
SUITE 705
OVERLAND PARK, KS 66211

THE NORTHEAST TARRANT
CHAMBER
5001 DENTON HIGHWAY
HALTOM CITY, TX 76117-1439

THE PACIFIC INSTITUTE INC.
1709 HARBOR AVENUE SW
SEATTLE, WA 98126

THE SAFEGUARD SYSTEM INC.
P.O. BOX 7686
CORPUS CHRISTI, TX 78467-7686

TIME WARNER CABLE
P.O. BOX 60074
CITY OF INDUSTRY, CA 91716-0074

TIMOTHY E. BROWN
P.O. BOX 15322
SAN ANTONIO, TX 78212

TODAY'S TERMITE & PEST CONTROL
P.O. BOX 153602
IRVING, TX 75015-3602

TOM'S SMOKEHOUSE
3125 BELLMEAD DRIVE
WACO, TX 76705

TUCKER ROCKY
4900 ALLIANCE GATEWAY FREEWAY
FORT WORTH, TX 76177

TYCO INTEGRATED SECURITY (ADT)
P.O. BOX 371967
PITTSBURGH, PA 15250-7967

U-HAUL INTERNATIONAL
P.O. BOX 52128
PHOENIX, AZ 85072-2128

U.S. DEPARTMENT OF JUSTICE
F/B/O U.S. DEPARTMENT OF
EDUCATION
950 PENNSYLVANIA AVENUE, NW
WASHINGTON, DC 20530-0001

U.S. SECURITY ASSOCIATES, INC.
2226 WEST NORTHERN AVENUE,
#C212
PHOENIX, AZ 85021

ULINE, INC.
2200 SOUTH LAKESIDE DRIVE
WAUKEGAN, IL 60085

UNIFORMS 4-LESS
5111 NORTH 10TH STREET, #224
MCALLEN, TX 78504

UNIVERSAL COMPANIES INC.
18260 OAK PARK DRIVE
ABINGDON, VA 24210

US MEDICAL SPECIALTIES, INC.
1602 NORTH FLORIDA AVENUE
TAMPA, FL 33602

VALERIE DAVIES
2637 PICKWICK LANE
PLANO, TX 75093

VALLEY GRANDE INSTITUTE-
ACADEMIC STUDIES
345 SOUTH TEXAS BOULEVARD
WESLACO, TX 78596

VALLEY MILLS WACO, LP
3109 NORTH ST. MARY'S
SAN ANTONIO, TX 78212

VERIZON
P.O. BOX 920041
DALLAS, TX 75392-0041

VICTORIA STEEL & SUPPLY, INC
P.O. BOX 967
DONNA, TX 78537

VIOLET MACHADO
9232 SOUTH POLK
DALLAS, TX 75232

VITALITY INSTITUTE MEDICAL
PRODUCTS
1558 10TH STREET
SUITE B
SANTA MONICA, CA 90401

VTA OKLAHOMA CITY LLC
2401 NW 23RD, SUITE 71
OKLAHOMA CITY, OK 73107

WACO USC PARTNERS, LP
3109 NORTH ST. MARY'S
SAN ANTONIO, TX 78212

WASTE MANAGEMENT OF
SOUTH TEXAS
P.O. BOX 660345
DALLAS, TX 75266-0345

WEINGARTEN REALTY INVESTOR
P.O. BOX 924133
HOUSTON, TX 77292-4133

WELLS FARGO BANK, N.A., AS
TRUSTEE
C/O BANK OF AMERICA, N.A.
CAPITAL MARKETS SERVICE GRO
900 WEST TRADE STREET, SUITE65
CHARLOTTE, NC 28255

WELLS FARGO FINANCIAL LEASI
P.O. BOX 6434
CAROL STREAM, IL 60197-6434

WESLACO AREA CHAMBER OF
COMMERCE
P.O. BOX 8398
WESLACO, TX 78599-8398

WIESCHAN AUTOMOTIVE
EQUIPMENT
SALES
130 WILLIAM CLASSEN
SAN ANTONIO, TX 78232

WONDERLIC, INC.
400 LAKEVIEW PARKWAY
SUITE 200
VERNON HILLS, IL 60061

WT COX SUBSCRIPTIONS, INC.
201 VILLAGE ROAD
SHALLOTTE, NC 28470

XEROX CORPORATION
P.O. BOX 827598
PHILADELPHIA, PA 19182-7598

XEROX CORPORATION
P.O. BOX 802555
CHICAGO, IL 60680-2555

YAMAHA MOTOR CORPORATION,
U.S.A.
6555 KATELLA AVENUE
CYPRESS, CA 90630-5101

ZEE MEDICAL SERVICE
P.O. BOX 781534
INDIANAPOLIS, IN 46278-8534

ALPHA GRAPHICS
2540 EAST PIONEER PARKWAY
SUITE 180
ARLINGTON, TX 76010

FAME
P.O. BOX 11937
FORT LAUDERDALE, FL 33339-1937

SECURITY INTERNATIONAL
P.O. BOX 2550
EDINBURG, TX 78540

COASTAL BEND COPIER INC.
3636 SOUTH ALAMEDA, #161
CORPUS CHRISTI, TX 78411

TEXAS COMPTROLLER OF PUBLIC
ACCOUNTS
111 EAST 17TH STREET
AUSTIN, TX 78774-0100

STRATEGY CONSULTANTS
ATTN: GEORGE H. SEHI
8337 VERBENA LANE
MIDDLETOWN, OH 45044

POWERS PYLES SUTTER & VERVILLE,
P.C.
1501 M STREET, NW
7TH FLOOR
WASHINGTON, DC 20005

LYNN TILLOTSON PINKER & COX,
LLP
2100 ROSS AVENUE
SUITE 2700
DALLAS, TX 75201

DLA PIPER LLP (US)
P.O. BOX 75190
BALTIMORE, MD 21275

DATA RECOVERY GROUP
21800 MELROSE AVENUE
SUITE #1
SOUTHFIELD, MI 48075

AON RISK SERVICES SOUTHWEST
INC.
2711 NORTH HASKELL AVENUE
SUITE 800
DALLAS, TX 75204-2999

RAUL ESQUIREL
514 KATIE COURT
SEAGOVILLE, TX 75159

DEBRA FOSTER, A/P MANAGER
6331 BOULEVARD 26
SUITE 275
NORTH RICHLAND HILLS, TX 76180

DEBRA FOSTER, A/P MANAGER
8701 BEDFORD-EULESS ROAD
SUITE 400
HURST, TX 76053

SAM LIN, CONTROLLER
6331 BOULEVARD 26
SUITE 275
NORTH RICHLAND HILLS, TX 76180

SAM LIN, CONTROLLER
8701 BEDFORD-EULESS ROAD
SUITE 400
HURST, TX 76053

KATHLEEN OHER
VICE PRESIDENT, FINANCE
6331 BOULEVARD 26
SUITE 400
HURST, TX 76053

KATHLEEN OHER
VICE PRESIDENT, FINANCE
8701 BEDFORD-EULESS
SUITE 400
HURST, TX 76053

LYNDA SKINNER
DIRECTOR, TREASURY
6331 BOULEVARD 26
SUITE 275
NORTH RICHLAND HILLS, TX 76180

LYNDA SKINNER
DIRECTOR, TREASURY
8701 BEDFORD-EULESS ROAD
SUITE 400
NORTH RICHLAND HILLS, TX 76180

SEAN KERRIGAN, CFO
8701 BEDFORD-EULESS ROAD
SUITE 400
HURST, TX 76053

ELVA RUTLIDGE
STAFF ACCOUNTANT
8701 BEDFORD-EULESS ROAD
SUITE 400
HURST, TX 76053

ANGELA EMERT
ASSISTANT CONTROLLER
8701 BEDFORD-EULESS ROAD
SUITE 400
HURST, TX 76053

WILLIAM MCMANUS, INTERIM CFO
6331 BOULEVARD 26
SUITE 275
NORTH RICHLAND HILLS, TX 76180

CHERI KINDER
VICE PRESIDENT-CORP. CONT.
6331 BOULEVARD 26
SUITE 275
NORTH RICHLAND HILLS, TX 76180

LYDIA CACDAC
SENIOR ACCOUNTANT
6331 BOULEVARD 26
SUITE 275
NORTH RICHLAND HILLS, TX 76180

APRIL BROWNING
MANAGER - ACCOUNTING
6331 BOULEVARD 26
SUITE 275
NORTH RICHLAND HILLS, TX 76180

LAMPHUNG NGO-BURNS, CFO
6331 BOULEVARD 26
SUITE 275
NORTH RICHLAND HILLS, TX 76180

JOSEPH FILAR, CONTROLLER
STVT-AAI EDUCATION, INC.
8701 BEDFORD-EULESS ROAD
SUITE 400
HURST, TX 76053

ABILITY HOLDINGS, INC.
C/O BC PARTNERS
667 MADISON AVENUE
NEW YORK, NY 10065

MICHAEL F. GRIES
C/O CDG GROUP, LLC
645 FIFTH AVENUE
NEW YORK, NY 10022

MICHAEL ZAWISKY, COO
8701 BEDFORD-EULESS ROAD
SUITE 400
HURST, TX 76053

CDG GROUP, LLC
645 FIFTH AVENUE
NEW YORK, NY 10022

JPMORGAN CHASE BANK, N.A.
P.O. BOX 6076
NEWARK, DE 19714-6076

ROYAL BANK OF CANADA
NEW YORK BRANCH
ONE LIBERTY PLAZA
4TH FLOOR
NEW YORK, NY 10006-1404

BANK OF AMERICA
135 SOUTH LASALLE STREET
CHICAGO, IL 60603

FOGLE & ASSOCIATES
200 SWINDERMAN ROAD
WEXFORD, PA 15090

ALMICH & ASSOCIATES
26463 RANCHO PARKWAY SOUTH
LAKE FOREST, CA 92630